# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREYEAGLE<br><br>　　　Plaintiff,<br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>　　　Defendant. | Case No.: 2:23-cv-02317-CKD<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 31, 2024, in which to file Plaintiff's Motion for Summary Judgment and all other deadlines set forth in the Supplemental Rules for Social Security Actions, Rules 6-8 shall be extended accordingly. IT IS SO ORDERED.

Dated: January 18, 2024

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE