PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD GREYEAGLE,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-02317-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: April 1, 2024	LAW OFFICES OF LAWRENCE D. ROHLFING

By:	/s/ Caspar Chan for Lawrence D. Rohlfing*
LAWRENCE D. ROHLFING
*Authorized by email on April 1, 2024
Attorneys for Plaintiff

Date: April 1, 2024	PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:	/s/ Caspar Chan
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: April 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE