Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Richard Greyeagle

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GREYEAGLE, | Case No.: 2:23-cv-02317-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Richard Greyeagle ("Greyeagle") be awarded attorney fees and expenses in the amount of five thousand seven hundred fifty dollars ($5,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Greyeagle, the government will consider the matter of Greyeagle's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Greyeagle, but if the Department of the Treasury determines that Greyeagle does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Greyeagle.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Greyeagle's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Greyeagle and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA pursuant to the terms of the stipulation.

DATE: April 23, 2024          Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                      /s/ *Lawrence D. Rohlfing*[2]
             BY: _____
                                      Lawrence D. Rohlfing
                                      Attorney for plaintiff Richard Greyeagle

DATED: April 23, 2024          PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                                      /s/ *Caspar Chan*
                                      _____
                                      CASPAR CHAN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      MARTIN O'MALLEY, Commissioner of Social
                                      Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Approved and so ordered. The stipulation at ECF No. 21 is GRANTED. Richard Greyeagle is awarded attorney fees and expenses in the amount of five thousand seven hundred fifty dollars ($5,750.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

Dated:  May 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**DECLARATION OF LAWRENCE D. ROHLFING**

I, Lawrence D. Rohlfing, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Richard Greyeagle in this action. I make this declaration of my own knowledge and belief.

2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.

3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Richard Greyeagle containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this April 24, 2024, at Santa Fe Springs, California.

/s/ *Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfin